# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**19 CV 9065**

_Yvonne Frost_

Write the full name of each plaintiff. _Yonkers Family Court_
_City Eviction Scene_
_Category above York (Penn)_

_____CV_____

(Include case number if one has been assigned)

-against- _Bronx Lebanon Hospital_

_NYPD_
_NYC MTA_

_Bronx Supreme Court_

_White Plains Supreme Court_

_MS District 3.D Court_

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore _not_ contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include _only_: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☐  **Diversity of Citizenship**

## A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Denied me my heisurely place of abode

Denied me access to my children leading to 1 death

Denied me treatment

Different treatments.

## B.  If you checked Diversity of Citizenship

### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of

(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                        (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

## A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

Yvonne                              Frost
First Name          Middle Initial      Last Name

40  ANN  STREET
Street Address

New  York            NY              10038
County, City            State           Zip Code

_____          Yvonne. Frost / Eael.com
Telephone Number                  Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: _N. Y. P. D_

First Name _____ Last Name

Current Job Title (or other identifying information)

_1 Police Plaza Path_

Current Work Address (or other address where defendant may be served)

_New York     NY_

County, City _____ State _____ Zip Code

Defendant 2: _NYC          MTA_

First Name _____ Last Name

Current Job Title (or other identifying information)

_Livingston St Brooklyn NY_

Current Work Address (or other address where defendant may be served)

_NY_

County, City _____ State _____ Zip Code

Defendant 3: _CITY OF NEW YORK (HRA)_

First Name _____ Last Name

Current Job Title (or other identifying information)

_2/ WORLD TRADE CENTER 150 Greenwich_

Current Work Address (or other address where defendant may be served)

County, City _____ State _____ Zip Code

Defendant 5   CITY SIGHT SEEING
New York NY

Defendant 6   Bronx Lebanon Hospital
Bronx NY

Defendant 7   Yonkers Family Court
Yonkers NY

Defendant 8   United States SD Courts
New York NY

Defendant 9   White Plains Supreme Court
White Plains NY

Page 4

Defendant 4:    _Bronx   Supreme   Court_
                First Name              Last Name

_____

Current Job Title (or other identifying information)

_Grand Concourse_
Current Work Address (or other address where defendant may be served)

_Bronx            NY_
County, City              State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:    _Bronx, Brooklyn, New York_

Date(s) of occurrence:     _2016 — 2019_

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Retaliation and vengeance. Yes A B. I believe and discern a couple people of the opposing party had knowledge of the contents in two (2) complaints I was about to file. I knew they saw the end for them. I saw two key people from different agencies acting as ring leaders in this latest massacre/massacre. In retaliation they get out on a destructive and inanimate warpath to destroy my family and deplete my finances.

My baby girl is dead. She has been tranquilised a few days now. A month ago I was shown and heard how it was going down. Jesus said "lil indian rock* has already arrived to deliver".

FACTS: 2

to the lawyer who in turn can give to me. This today.
little help can hold back the mountain.

Yesterday into the early morning hours mostly
financial processing was done. by the opposing parties.
It got me drained and weary because there were so
too much. I was so frustrated by the process no one
said "finish" after they were done. Others came in and
on the train and began to process their orders.

I was frustrated because all I was hearing
was dangling/jingling keys and then they walk
away with the key after processing. They did not
deliver babies on keys only money they came and
took. Sex was not discussed but wow, it was
staring you/me in the face. My non sexual activities
with them made them retaliate moreso. An african
man said "he lived alone in the bronx and had 2
wives in another country.

On Sunday morning government tried to make
me believe I was loosing it, nothing, crazy and had a
low self-esteem. Government took my money hostage.
Government tried to make me commit suicide. I
heard clearly some one said "why don't you throw
yourself under a train".

Government tried to make my 13 yr son see/
view me as a bum. On the other hand they were uplifting
C's son to take control of my houses They program my
mind to the highest point. I found myself saying
yes I'll add C's son to the list and heading
to Brooklyn after reading a sign that said "Brooklyn".

I said Government brought my private life
and made a game out of it again. It is the
second time it has happened. They appear to me
to be lawyers and knows no boundaries. I noticed

FACTS 3

I noticed three (3) people were upset when I did not deliver and on stopped work. I saw 2 people discussing me with my discharge papers. I was never given a copy. I heard myself say "What am I doing". Even though I was discharged I was never given a copy. Even though I was discharged the government set triggers to go off at specific times in me. In other words they never let me go. I knew it was vengeance and retaliation for my previous filed complaints, mainly the lat two.

On Saturday I passed other caregivers who just wanted a piece of the piece of the pie. They were passing babies off as if those were mines. They said "let us give them baby-talk". Those people stole and kept holding on to my babies for profit.

I paid a price already for my babies. Why did you do that? They were being marketed. I saw names like Twins baseball, DNA fox-wear and Blood and tin thunder, Jack and Jones etc.

On Saturday I awoke and found myself amongst a lot of dogs and "aliens". How did this happen? I'll never do that in my right mind. Can I say anything I did not do consciously I count it null and void.

Government knows how to apply pressure. I knew they wrote me off at the same time. They were telling me to get down the rising cost - the cash was dwindling. Follow the winner the T-Shirts sign showed. People started following me by the/in large numbers.

Facts (4)

Dig deep, dig one deep hole/grave and bury it all. This was once said to me. May I suggest it again? Attempts were made to deliver but I got nothing. I noticed a man on the platform before he showed me keys. He appeared to be very jealous like a sensuous type/nature. I told him it was too late to do payment processing for the keys (10:45 pm)

As I dosed on Saturday night there was a man speaking about the money and who got a lot out of it. Another man was on the platform wearing a cool T-shirt labelled #27. He pointed to the number and showed me. I knew it was 27 million he recieved from the swindle

People acted as though I was a robot (inanimate). These people were shoving food down my throat, I knew was going to make me sick and wanted me to eat it. To add insult to injury I believe they did not speak english. How could I possibly do business with people like these.

How could I possibly get into a house the realtor have not told me about and on I have no idea about. Does this only happen to immigrant? A lady passed wearing a T-shirt with a picture of my face. On my head was a basket of flowers + fruits on the shirt. Another girl crossing by saw it and said that is when you get accepted. That was how I put one and one together and deciphered I was wanting my to get into my apt/house.

FACT (S.)

Ready made tailor done. While I was sitting waiting coincidentally a woman passed by and invited me to a Church/DWAMIS where I was going to "jive." Talk about keeping money in the Clan. I awoke from my Slumber. I am a generous tithen. They did their homework well. My calling is to build a Church for the glory of God it is not to be programmed to worship at a specific place to keep money in the clan. This is not a dictatorship country. God gave every one a free will to choose.

They made me pay for things like family reunion. I was programed to go to Prospect Park where the family reunion was being held on Saturday. Prospect Park is a little Oculus. Upon observation the employee fished out my urine from the restroom. They processed payments like what's presently occurring. They made sure they got their money back. I have filed at least 2 complaints against Prospect Park / Le Frak.

I sat and watched people going by in Brooklyn yesterday (Saturday). I saw them differently now. Before I could not see some hidden stuff. These people are taking over certain sectors of Brooklyn too. People with Zoid personalities and feelings hired by government were killing off humans like nothing and very fast. We would not tolerate it any longer. I have prophetically seen women dragged deep down into holes and covered with dirt after being butchered.

They are experimenting on us and leaving our children sick and with diseases.

## FACTS (6)

A infant mexican boy had runny nose saturday. Imagine hot summer and he very very sick. The most expensive real estate are owned by them They look after their tents Our families are being replaced/extinct. I am pleading with the right people we cannot let this invasion happen.

Attorney General Letitia James
vs
GOVERNMENT

Not notifying civilian(s) their lives, health, behavior/mannerism, jobs, family life and spouse were in danger, jeopardy, risk/loss, gone/less, and replaced before and/or after working for/with

CITY OF NEW YORK (HRA)
N.Y.P.D
NYC MTA
BRONX SUPREME COURT
YONKERS FAMILY COURT
WHITE PLAINS SUPREME COURT
UNITED STATES S.D COURTS
CITY SIGHTSEEING
BRONX LEBANON HOSPITAL

HOW: ALREADY PROVEN

Today I saw they cut her hair very short (for sale). I heard a torturer said " look at your cheek they are as red as your father". I heard someone crying. I then heard " Did that child come out of you". I heard " are you going to box it up or just stand there". Jesus said " Yvonne you don't want to know - you little eyes would have no more water to cry". Cannibalism.

I would like to ask the judge assigned if he/she can hold the keys then give them

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Ongoing pain and suffering. Multiple drug and sexual assaults inside HRA housing and MTA trains. Visuals diminishing. Head blow and chest blow by a force that threw me on the train tracks. Memory failure. 2 part MRI Scan (botched). Experimented on. hearing decline, falling down.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I would like the court to order the people holding my son captive to release him along with the keys to me. It's an emergency. (6pm City Hall Park by elevator)

I would like to ask the court to restore my compensation back to me and

## RELIEF (2)

to compensate me for their damages, wrongful action, pain and suffering, ongoing hell.

I would like to ask the court to give the lawyer assign to the case permission to submit and file a petition on behalf of civilians to Attorney General Letitia James (see sample attached).

I would like to ask the court to assign me security until housed.

I would like to ask the court to get justice for the death of "Miracle". Those responsible must be held accountable.

I would like to ask the court to get justice for those impacted by the wrongful actions of government. Those responsible must be held accountable.

I would like to ask the court to transfer this case to (Appeals).

The keys and my son I would like resolved by this SDCourt.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 9/30/19 | Yvonne Frost |
|---|---|
| Dated | Plaintiff's Signature |

| YVONNE | | FROST |
|---|---|---|
| First Name | Middle Initial | Last Name |

| 40 ANN STREET | | |
|---|---|---|
| Street Address | | |

| New York | NY | 10038 |
|---|---|---|
| County, City | State | Zip Code |

| | Yvonne.Frost1@aol.com |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.